# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| FELICIA M FORD | ) | CASE NUMBER A18-51918-WLH |
| | ) | |
| DEBTOR | ) | |

## MOTION TO DISMISS FOR FAILURE TO REMIT 2019 TAX REFUND

COMES NOW Nancy J. Whaley, Standing Chapter 13 Trustee, in the above styled case, and respectfully shows the Court the following:

1.

Debtor(s) filed a petition for relief under Chapter 13 of Title 11 on February 05, 2018. The Chapter 13 Plan was confirmed on May 25, 2018.

2.

The Chapter 13 Plan requires the Debtor(s) to remit Federal Income Tax Refunds to the Trustee for the term of the plan and/or the applicable commitment period. As of November 12, 2020 the Debtor(s) has failed to remit the 2019 Federal Income Tax Refund to the Trustee.

Wherefore, the Trustee prays that the Debtor(s) remit the requested tax refund to the Trustee. If not provided, the Trustee requests this case be dismissed pursuant to 11 U.S.C. § 1307(c)(6) and any other relief this Court deems just and reasonable.

This the 13th day of November, 2020.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| FELICIA M FORD | ) | CASE NUMBER A18-51918-WLH |
| | ) | |
| DEBTOR | ) | |

### NOTICE OF HEARING ON MOTION TO DISMISS CASE

PLEASE TAKE NOTICE that the Chapter 13 Trustee has filed a Motion to Dismiss with the Court seeking an Order of Dismissal.

PLEASE TAKE FURTHER NOTICE that the Court will hold a hearing on **December 09, 2020** at **11:00 AM in Courtroom 1403, Richard Russell Building, 75 Ted Turner Drive, S.W., Atlanta, GA. 30303**. *Given the current public health crisis, hearings may be telephonic only. Please check the "Important Information Regarding Court Operations During COVID-19 Outbreak" tab at the top of the GANB Website prior to the hearing for instructions on whether to appear in person or by phone.*

Failure to appear at the hearing or failure to resolve the matter prior to the hearing may result in the dismissal of your case. You should read this motion carefully and discuss it with your attorney, if you have one in your bankruptcy case. (If you do not have an attorney, you may wish to consult one.) If you do not want the Court to grant the dismissal of your case, you and/or your attorney must attend the hearing unless you have settled the matter prior to the hearing.

This the 13th day of November, 2020.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201

# CERTIFICATE OF SERVICE

Case No. A18-51918-WLH

I certify that on this day I caused a copy of this Chapter 13 Trustee's Motion to Dismiss For Failure to Remit 2019 Tax Refund to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

FELICIA M FORD
6396 BRIAR CHASE COURT
RIVERDALE, GA  30296

I further certify that I have on this day electronically filed the foregoing Motion to Dismiss For Failure to Remit 2019 Tax Refund using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 13th day of November, 2020.

/s/_____
Ryan J. Williams
Attorney for the Chapter 13 Trustee
State Bar No. 940874
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201