**IT IS ORDERED as set forth below:**



Date: December 17, 2020

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

| | |
|---|---|
| IN RE:<br>FELICIA M FORD<br><br>DEBTOR | ) CHAPTER 13<br>) CASE NUMBER A18-51918-WLH<br>)<br>) |

**CONSENT ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO PROVIDE TAX RETURNS OR REFUNDS**

On December 09, 2020 at 11:00 am, the Court held a hearing on the Trustee's Motion to Dismiss based upon the failure of the Debtor to remit tax return(s) or refund(s) to the Chapter 13 Trustee.  It further appears to the Court that the Debtor, through counsel, agreed at the call of the Court's calendar to a consent agreement.  For cause shown, **IT IS HEREBY**

**ORDERED,** that the Debtor shall remit their Federal Income tax return or proof of an Income Tax Extension to the Trustee by May 15th of each calendar year for the remaining years the case is pending.  If an extension is provided then the Debtor must provide the actual return to the Trustee by the extension deadline to be in compliance with the terms of this Order.

Additionally, unless further Court order allows retention, the Debtor shall pay any tax refund for the years of the Debtor's Applicable Commitment Period or any other agreed upon years to the Trustee by May 15th of each calendar year.  If the Debtor fails to provide either the tax refund or tax return to the Trustee by May 15th or the date of the granted extension then the case shall be dismissed without further hearing upon receipt of the Chapter 13 Trustee's Supplemental Status Report requesting an Order of Dismissal.  The Debtor may also submit notice to the Trustee that they are not required to file Federal Income Tax Returns or notice to the Trustee if the anticipated refund has not been received by the Debtor by the May 15th due date.  Prior to recommending dismissal the Trustee shall contact the Debtor's attorney via email to alert them of the default at least 10 business days prior to recommending dismissal by supplemental report. Additionally, a letter will be sent to the Debtor each calendar year requesting a copy of the tax return and **IT IS FURTHER**

     **ORDERED,** that due to the Debtor spending the Federal Income tax refund(s) for the 2019 tax year(s) without prior permission of the Court, the plan base is hereby increased by $2,000.00.

The Clerk of the Court is directed to serve this Order on the parties included in the attached distribution list.

**END OF DOCUMENT**

CONSENTED TO BY:

/s/_____   /s/_____
   Ryan J. Williams                                    Howard Slomka
   Attorney for the Chapter 13 Trustee       Attorney for Debtor
   State Bar No. 940874                         State Bar No. 652875
   303 Peachtree Center Avenue, NE         Slipakoff & Slomka, Pc
   Suite 120                                         3350 Riverwood Pkwy
   Atlanta, GA 30303                            Suite 2100
   678-992-1201                                    Atlanta, Ga  30339
                                                      *Signed by Ryan J. Williams*
                                                      *with express permission*

# **DISTRIBUTION LIST**

**Case No.: A18-51918-WLH**

**Debtor:**
Felicia M Ford
6396 Briar Chase Court
Riverdale, Ga  30296

**Debtor Attorney:**
Slipakoff & Slomka, Pc
3350 Riverwood Pkwy
Suite 2100
Atlanta, Ga  30339

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303