**IT IS ORDERED as set forth below:**



**Date: January 19, 2021**

_____
**Wendy L. Hagenau**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 18-51918-WLH |
| | ) | |
| FELICIA M FORD | ) | CHAPTER 13 |
| | ) | |
| Debtor. | ) | |

### CONSENT ORDER GRANTING
### DEBTOR'S MOTION TO RETAIN TAX REFUND

This matter arose upon Debtor's Motion to Retain Insurance Proceeds (the "Motion") (Doc.No. 54).

A hearing was held on January 13, 2021. Appearances were made by Howard P. Slomka, Esq., counsel for debtor and Ryan J. Williams, Esq., counsel for Chapter 13

Trustee. The Motion seeks to allow Debtor to retain 2019 tax refund proceeds of $5,800.00  Chapter 13 Trustee does not oppose the Motion and consents to the relief sought therein, subject to the terms of this Court's Order dated December 17 2020 (Doc. No. 55) which increases the plan base by $2,000.00.

After review of the record and pleadings in this case, and for good cause shown, it is hereby

**ORDERED** that Debtor's Motion is GRANTED, and Debtor shall be entitled to retain the 2019 tax refund.

END OF ORDER

Prepared by:

  /s
Howard Slomka, Esq.
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
6400 Powers Ferry Road, NW, Suite 391
Atlanta, GA 30339

**CONSENT BY:**

     /s
Ryan J, Williams
Ga Bar # 940874
Nancy J. Whaley, Standing Ch. 13 Trustee
303 Peachtree Center Avenue
Suite 120,
Atlanta, GA 30303

DISTRIBUTION LIST:

**Case No.: A18-51918-WLH**

**Debtor:**
Felicia M Ford
6396 Briar Chase Court
Riverdale, Ga  30296

**Debtor Attorney:**
Slipakoff & Slomka, Pc
3350 Riverwood Pkwy
Suite 2100
Atlanta, Ga  30339

**Chapter 13 Trustee:**
Nancy J. Whaley
303 Peachtree Center Ave., NE
Suite 120
Atlanta, GA 30303